**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000695
02-JAN-2026
08:17 AM
Dkt. 26 OAWST**

NO. CAAP-25-0000695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Interest of E.M.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. FC-J 0121916)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of the Appeal (**Stipulation**), filed December 12, 2025, by Respondent-Appellant E.M., a minor, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal; and (3) attached to the Stipulation is E.M.'s declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed, under HRAP Rule 42(b) and (c).

DATED: Honolulu, Hawaiʻi, January 2, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge